FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Stevenson Tran DEFENDANT(S). | CASE NUMBER SA16 - 53M  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _February 10_____, _2016_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom ~~6B~~ 6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _2/9/2016_         _/s/ DOUGLAS F. McCORMICK_
                           U.S. ~~District Judge~~/Magistrate Judge